# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Darren G Stubblefield and Jessica L Stubblefield

    Debtor(s)

State Bank of Whittington, an Illinois Banking Corporation

    Movant(s),

vs.

Darren G Stubblefield, Jessica L Stubblefield and Bob G Kearney, Trustee

    Defendant(s).

In Proceedings Under Chapter 13

BK 08–40806

## ORDER LIFTING AUTOMATIC STAY AND ABANDONMENT OF PROPERTY

This matter is before the Court on a motion for relief from automatic stay and abandonment of property filed on 12/4/2008 ; it appearing to the Court

☑ that the debtor has not filed an objection and/or has consented to the motion;

☑ that the Trustee has not filed an objection and/or has consented to the motion;

☐ other:

**IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted. The provision in Bankruptcy Rule 4001 (a) (3) staying for ten days an order granting a motion for relief from stay is hereby waived.

**IT IS FURTHER ORDERED** that said property is deemed abandoned from the bankruptcy estate.

ENTERED: December 24, 2008                                /s/ Kenneth J. Meyers
                                                                         UNITED STATES BANKRUPTCY JUDGE